# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ISSAC TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-2456-SHL-atc |
| SMITH & NEPHEW, INC., | ) |
| Defendant. | ) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Issac Taylor's Complaint, (ECF No. 1), filed June 26, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Approving FLSA Settlement, (ECF No. 23), the matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 1, 2021
Date